UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abdulkani Abdi Ali,  Civil 11-3484 JNE/FLN

    Plaintiff,

v.  O R D E R

Luis Cavazos,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 23, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE.

DATED: 2-13, 2012.                s/ Joan N. Ericksen
at Minneapolis, Minnesota        JUDGE JOAN N. ERICKSEN
                                     United States District Court